UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00173-RJC

| | |
|---|---|
| CHRISTOPHER B. JULIAN and RENEE JULIAN, ) ) ) Plaintiffs, ) ) v. ) ) BANK OF AMERICA, N.A., et al., ) ) Defendants. ) | **ORDER** |

**THIS MATTER** comes before the Court on Defendant McGraw Hill Financial's Motions to Appear Pro Hac Vice as to Jason M. Hall and Tammy L. Roy, (Doc. Nos. 33 and 34). For the reasons set forth in the Motions and pursuant to Local Rule 83.1(B)(1), the Motions will be **granted**.

**IT IS, THEREFORE, ORDERED** that

1. The Motion to Appear Pro Hac Vice as to Jason M. Hall, (Doc. No. 33), is **GRANTED**.

2. The Motion to Appear Pro Hac Vice as to Tammy L. Roy, (Doc. No. 34), is **GRANTED**.

Signed: November 15, 2016

Robert J. Conrad, Jr.
United States District Judge