UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-00173-RJC

| | |
|---|---|
| CHRISTOPHER B. JULIAN and RENEE JULIAN, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>BANK OF AMERICA, N.A., et al., )<br> )<br>Defendants. ) | **ORDER** |

**THIS MATTER** comes before the Court on Defendant Moody's Investors Service, Inc.'s Motion for Leave to Appear Pro Hac Vice as to Joshua M. Rubins, (Doc. No. 46). For the reasons set forth in the Motion and pursuant to Local Rule 83.1(B)(1), the Motion will be **granted**.

**IT IS, THEREFORE, ORDERED** that

1. The Motion to Appear Pro Hac Vice as to Joshua M. Rubins, (Doc. No. 46), is **GRANTED**.

Signed: December 16, 2016

Robert J. Conrad, Jr.
United States District Judge